IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Santiago Abreu,<br><br>    Plaintiff,<br><br>vs.<br><br>WM Limited Partnership - 1998,<br><br>    Defendant. | Case No.: 1:16−cv−00573<br><br>Hon. Ray Kent |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, stipulate and agree to the dismissal of Plaintiff's Complaint, and all claims made therein, against Defendant in its entirety with prejudice and without costs or fees to either party.

    This is a final order and closes the case.

**IT IS SO ORDERED.**

Date: October 4, 2016

/s/ Ray Kent
Ray Kent
United States Magistrate Judge

2

**IT IS SO STIPULATED:**

Date: September 26, 2016						/s/ George T. Blackmore
								George T. Blackmore (P76942)
								Attorney for Plaintiff


Date: September 26, 2016						/s/ Matthew L. Wikander
								Matthew L. Wikander (P65160)
								Attorney for Defendant

2